UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-8308-LRJ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALFREDO RODRIGUEZ,

    Defendant.
_____/

**NOTICE OF REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES**

    The defendant, Alfredo Rodriguez, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                                                          KATHLEEN M. WILLIAMS
                                                          FEDERAL PUBLIC DEFENDER

                                                          By: s/Dave Lee Brannon
                                                          Dave Lee Brannon
                                                            Supervisory Assistant
                                                         Federal Public Defender
                                                         Attorney for Defendant
                                                         Florida Bar No. 297941
                                                         450 Australian Avenue, Suite 500
                                                         West Palm Beach, Florida 33401
                                                         Telephone: (561)833-6288; Facsimile: (561)833-0368
                                                         Email: Dave_Brannon@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY certify that on **December 21, 2009**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/*Dave Lee Brannon*
                                      Dave Lee Brannon

## SERVICE LIST
## UNITED STATES OF AMERICA  v.  ALFREDO RODRIGUEZ
Case No.   09-8308-LRJ

| | |
|---|---|
| Dave Lee Brannon | Ann Marie C. Villafana |
| Assistant Federal Public Defender | Assistant United States Attorney |
| dave_brannon@fd.org | Ann.marie.c.villanfana@usdoj.gov |
| 450 Australian Avenue, Suite 500 | 500 East Broward Blvd, Suite 700 |
| West Palm Beach, Florida 33407 | Fort Lauderdale, Florida 333*94 |
| Phone:   561-833-6288 | Phone:   954-356-7255 |
| Fax:       561-833-0368 | Fax:       954-356-7336 |
| Attorney for Defendant | Attorney for Plaintiff |